

**FORM 2**
**COVER SHEET**

**RECEIVED**

AUG 1 2012

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

12 - 484 C

**Plaintiff(s) or Petitioner(s):**   FASTSHIP, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

**Name of the attorney of record (See RCFC 83.1(c)):**   Mark L. Hogge

**Firm Name:**   SNR Denton US LLP

**Post Office Box:**

**Street Address:**   1301 K Street, NW, Ste. 600, East Tower

**City-State-Zip:**   Washington, DC 20005

**Telephone & Facsimile Numbers:**   Tel: 202-408-6400   Fax: 202-408-6399

**E-mail Address:**   mark.hogge@snrdenton.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☑ Yes   ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?   ☐ Yes   ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

**Nature of Suit Code:**   5  0  8

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group.  If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

**Agency Identification Code:**   N  A  V

See attached sheet for three-digit codes.

**Amount Claimed:**   $   To be determined
Use estimate if specific amount is not pleaded.

**Disclosure Statement:**
Is a RCFC 7.1 Disclosure Statement required?   ☑ Yes   ☐ No
If yes, please note that two copies are necessary.

**Bid Protest:**
Indicate approximate dollar amount of procurement at issue: $   N/A
Is plaintiff a small business?   ☐ Yes   ☐ No

**Vaccine Case:**
Date of Vaccination:   N/A

**Related Cases:**   N/A
Is this case directly related to any pending or previous case?   ☐ Yes   ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

RECEIVED

AUG ⁻1 2012

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS